**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ALL EXPERT TREE CARE LLC,** | * | **CIVIL ACTION NO.** |
| **d/b/a ALLXPERT CONTRACTING** | * | |
| Plaintiff, | * | **1:23-cv-00361-TBM-RPM** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **ATEGRITY SPECIALTY INS. CO.** | * | |
| Defendant. | * | |

**AGREED RULE 41 NOTICE OF VOLUNTARY DISMISSAL**

    **COMES NOW** Plaintiff All Expert Tree Care LLC, d/b/a Allxpert Contracting (Plaintiff"), through undersigned counsel, which, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), notifies this Honorable Court of its voluntary dismissal without prejudice of its action against Ategrity Specialty Insurance Company. In accordance with Rule 41(a)(1)(A)(i), Plaintiff states that this Notice has been filed prior to the filing of any answer or of a motion for summary judgment. Ategrity consents to this filing.

    WHEREFORE, Plaintiff All Expert Tree Care LLC, d/b/a Allxpert Contracting respectfully moves for an Order dismissing its claims against Ategrity Specialty Insurance Company without prejudice with each party to bear their own costs.

Respectfully Submitted:

/s/ *Stephen W. Dummer*
Stephen W. Dummer, MSB 102341
Heath M. Ladner, MSB 106050
Case T. Mayer, MSB 106671
**Dummer Law Group, PLLC**
796 Howard Avenue, 1st Floor
Biloxi, MS 39530
228-392-2003
Email: sdummer@dlg-pllc.com

**Attorneys for All Expert Tree Care, LLC d/b/a Allxpert Contracting**

AND

*/s/ Todd G. Crawford*
Todd G. Crawford, MSB # 102620
Samuel J. Noblin, MSB # 105971
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
1607 24th Avenue, Suite B
Gulfport, Mississippi 39501
Telephone: (228) 206-0033
Facsimile: (228) 256-0174
Email: tcrawford@lawla.com
        snoblin@lawla.com

AND

Shaundra M. Schudmak, MSB Admitted Pro Hac Vice
LA Bar #32007; GA Bar #713829
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, 27th Floor
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
Email: sschudmak@lawla.com

**Attorneys for Ategrity Specialty Insurance Company**

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 26th day of March, 2024, a copy of this pleading has been served upon all counsel to this action by e-mail, facsimile, and/or by depositing same in the United States mail, properly addressed and first-class postage prepaid.

  SO CERTIFIED,

                 /s/ *Stephen W. Dummer*
                 Stephen W. Dummer

Stephen W. Dummer, MSB 102341
Heath M. Ladner, MSB 106050
Case T. Mayer, MSB 106671
**Dummer Law Group, PLLC**
796 Howard Avenue, 1st Floor
Biloxi, MS 39531